No. 88–6419.   CHAMBERS *v.* DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.   C. A. 9th Cir.   Certiorari denied.

No. 88–6421.   REEVES *v.* REED.   Sup. Ct. Alaska.   Certiorari denied.

No. 88–6426.   ROBERTS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 87–889.   COMPOY, WARDEN *v.* TURNER.   C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 87–5617.   LINDSEY *v.* SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.;
No. 87–6740.   DAVIS *v.* ILLINOIS.   Sup. Ct. Ill.;
No. 87–7103.   SIMMONS *v.* KENTUCKY.   Sup. Ct. Ky.;
No. 88–5082.   WILLIS *v.* ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 11th Cir.;
No. 88–5473.   HORSLEY *v.* ALABAMA.   Ct. Crim. App. Ala.;
No. 88–5687.   EDWARDS *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.;
No. 88–5828.   DUNKINS *v.* THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.;
No. 88–6237.   CUNNINGHAM *v.* ZANT, WARDEN.   Sup. Ct. Ga.;
No. 88–6310.   BROWN *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–6383.   KIRKPATRICK *v.* CALIFORNIA.   Sup. Ct. Cal.; and
No. 88–6410.   NAVE *v.* MISSOURI.   Ct. App. Mo., Eastern Dist.   Certiorari denied.   Reported below: No. 87–5617, 820 F. 2d 1137; No. 87–6740, 119 Ill. 2d 61, 518 N. E. 2d 78; No. 87–7103, 746 S. W. 2d 393; No. 88–5082, 838 F. 2d 1510; No. 88–5473, 527 So. 2d 1355; No. 88–5687, 849 F. 2d 204; No. 88–5828, 854 F. 2d 394; No. 88–6310, 46 Cal. 3d 432, 758 P. 2d 1135; No. 88–6410, 757 S. W. 2d 249.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.